

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Adriana Carrasco Zubiate,

\* From the 446th District Court
of Ector County,
Trial Court No. E-16-01-0027-FM.

Vs. No. 11-16-00102-CV

\* May 4, 2017

Joel Zubiate,

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, we set aside the trial court's order and remand this cause to the trial court for further proceedings consistent with this opinion. The costs incurred by reason of this appeal are taxed against Joel Zubiate.